UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL JONES,

Petitioner,

-against-

ANN MARIE T. SULLIVAN,

Respondent.

26-CV-5116 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

Petitioner, currently detained in the Rockland Psychiatric Center, filed an amended *pro se* petition for a writ of *habeas corpus* under 28 U.S.C. § 2241.[1] By order dated October 21, 2026, the Court informed Petitioner that the amended petition, notwithstanding its designation, should be construed as a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254. (ECF 8.) In that order, the Court directed Petitioner, within 60 days, to either: (1) state that he wished to withdraw the amended petition without prejudice, if he did not wish to proceed under Section 2254; or (2) file an amended petition. The Court received a letter from Petitioner on November 9, 2026, stating that he wishes to withdraw the amended petition. (ECF 9.)

Accordingly, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Court grants Petitioner's request to withdraw this action. The Section 2254 petition is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a), without prejudice to filing a new petition.[2]

[1] Petitioner filed an amended petition of his own accord, not in response to a court order.

[2] The statute of limitations for filing a § 2254 petition is one year from the latest of four triggering dates. *See* 28 U.S.C. § 2244(d)(1); *Reyes v. Keane*, 90 F.3d 676 (2d Cir. 1996).

Because Petitioner has not at this time made a substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court directs the Clerk of Court to mail a copy of this order to any self-represented party who has not consented to e-service or who has not been granted e-filing privileges.

SO ORDERED.

Dated: November 16, 2026
New York, New York

Louis L. Stanton

Louis L. Stanton
U.S.D.J.