UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL JONES,

Petitioner,

-against-

ANN MARIE T. SULLIVAN.,

Respondent.

26 CIVIL 05116 (LLS)

**CIVIL JUDGMENT**

For the reasons stated in the November 16, 2026, order, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Court grants Petitioner's request to withdraw this action. The Section 2254 petition is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a), without prejudice to filing a new petition. Because Petitioner has not at this time made a substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253.

SO ORDERED.

Dated: November 20, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge